John Gary **GIVEN**, Sr.; et al., Plaintiffs—Appellants,

v.

**UNITED STATES** of America, Defendant—Appellee.

No. 05–55954.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

John Gary Given, Sr., Joshua Tree, CA, pro se.

Michele Louise Given, Joshua Tree, CA, pro se.

Donna J. Ford, Esq., Los Angeles, CA, Marion E. Erickson, Esq., Washington, DC, for Defendant–Appellee.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

